UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable Judith C. Herrera

**CASE NO.** CR 13-3140 JH     **DATE:** MAY 15, 2014

**TITLE:** *USA v. Lehabim Ulises Moreno-Rubio*

**COURTROOM CLERK:** A. Carlson     **COURT REPORTER:** L. Reinicke

**SPANISH INTERPRETER:** Leticia Medina & Naomi Todd-Reyes in a.m.; D. Gutierrez & Humberto Orive in p.m.

**COURT IN SESSION:** 9:03 A.M.     **COURT IN RECESS:** 11:57 a.m.
　　　　　　　　　　　1:21 P.M.　　　　　　　　　　　　　　　4:53 P.M.

**TOTAL COURT TIME:** 6 HOURS + 26 MINUTES

**TYPE OF PROCEEDING:** Defendant's Motion to Suppress Evidence Obtained from Greyhound Bus [Doc. 28]

**COURT'S RULINGS/DISPOSITION:** Court takes motion under advisement.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
David M. Walsh; Paul Mysliwiec         John F. Robbenhaar

**PROCEEDINGS:**

9:03 a.m.     Court in Session.  Court calls case.

9:03 a.m.     Both interpreters sworn in

9:05 a.m.     Court discusses scheduling

9:05 a.m.     Gov objects to videotape on relevancy ground

9:07 a.m.     Def addresses Ct re video

9:09 a.m.     Ct rules it will not exclude video at this point

| | |
|---|---|
| 9:10 a.m. | Discussion re order of case & burden:   Def addresses Ct |
| 9:10 a.m. | Gov addresses Ct re order & burden |
| 9:11 a.m. | Def invokes Rule |
| 9:11 a.m. | Gov enters appearances & does not object to Walsh leaving courtroom |
| 9:12 a.m. | Ct states Rule will apply |
| 9:14 a.m. | Direct exam. of Gov's witness Jarrell Perry by Walsh |
| 9:51 a.m. | Gov states it may ask to reopen direct later; Ct leaves issue open |
| 9:52 a.m. | Cross-exam of Jarrell Perry by Robbenhaar |
| 9:55 a.m. | Gov objects to relevance re luggage not belonging to Def; Def responds |
| 9:55 a.m. | Ct will allow testimony and consider what weight it merits later; will give Def some leeway |
| 9:56 a.m. | Def proffers Exhibit B (aerial photo of Greyhound station and wash bay); no objection |
| 9:57 a.m. | Ct admits Exhibit B |
| 10:15 a.m. | Ct in recess |
| 10:33 a.m. | Ct back in session |
| 10:35 a.m. | Def proffers Exhibit C (photo of Def's small backpack); no objection. |
| 10:35 a.m. | Court admits Exhibit C |
| 10:36 a.m. | Def proffers Exhibit D (photo of inside of Def's small backpack) and Exhibit E (photo of Def's small backpack and contents); no objection |
| 10:36 a.m. | Ct admits Exhibits D, E |
| 10:36 a.m. | Def proffers Exhibit F (photo of Def's black Nike bag); no objection |
| 10:37 a.m. | Ct admits Exhibit F |
| 10:37 a.m. | Def proffers short excerpts from longer video on DVD, Exhibit A; Gov objects to relevancy |

| | |
|---|---|
| 10:38 a.m. | Ct will allow excerpts of video |
| 10:38 a.m. | Def clarifies longer video is marked Exhibit A—excerpts converted into Windows media format, with 4 separate videos extracted |
| 10:39 a.m. | Def proffers Exhibit A moved into admission |
| 10:40 a.m. | Gov objects to admission on relevancy, but not to format change |
| 10:40 a.m. | Ct admits Exhibit A |
| 10:58 a.m. | Def plays video excerpts, in chronological order |
| 11:29 a.m. | Gov objects to going into *de la Campa Rangel* opinion. Ct states it has read the opinion. |
| 11:30 a.m. | Gov objects again to further questioning re Perry's testimony in another case. Ct allows question. |
| 11:31 a.m. | Def seeks to use transcript of prelim hearing in prior case to impeach witness; Gov objects. Discussion. Def agrees not to use the transcript. |
| 11:38 a.m. | Gov objects to questioning re *Grobstein* case. Ct allows questioning. |
| 11:42 a.m. | Redirect of Jarrell Perry by Walsh |
| 11:43 a.m. | Gov proffers Exhibit 3 (photo of nametag inside velcro handles on Def's black Nike bag); Exhibit 4 (photo of plastic-wrapped bundle removed from black Nike bag); Exhibit 5 (photo of small inner black zipper bag containing plastic-wrapped bundle). No objection. |
| 11:44 a.m. | Ct admits Exhibits 3, 4, 5. |
| 11:51 a.m. | Ct allows recross exam. of Jarrell Perry |
| 11:51 a.m. | Def addresses Ct, requesting documents re professional responsibility be produced to Ct for in camera review, to be disclosed if Ct finds Giglio or Brady issue. |
| 11:52 a.m. | Gov objects. |
| 11:52 a.m. | Def responds. |
| 11:53 a.m. | Ct asks counsel to file, within 10 days, a motion requesting in camera review, will |

allow Gov to respond.

| Time | Event |
|---|---|
| 11:56 a.m. | End of recross. Gov has no re-redirect. |
| 11:57 a.m. | Court in recess for lunch. |
| 1:21 p.m. | Court back in session |
| 1:22 p.m. | Direct exam. of Jonathan Walsh |
| 1:34 p.m. | Gov proffers Exhibit 1 (search warrant for black duffle bag, owner Jesse Zeitz). |

No objection.

| Time | Event |
|---|---|
| 1:35 p.m. | Ct admits Exhibit 1. |
| 1:41 p.m. | Gov proffers Exhibit 2 (CD recording of Walsh's interdiction). |
| 1:42 p.m. | Def does not see relevance but does not object. |
| 1:42 p.m. | Ct admits Exhibit 2. One minute is played |
| 1:47 p.m. | Cross-exam. of Jonathan Walsh |
| 1:57 p.m. | No redirect |
| 1:57 p.m. | Gov has no further evidence |
| 1:58 p.m. | Def calles James Dean |
| 1:58 p.m. | Def asks Walsh be excluded under Rule; Gov does not object. Ct allows Walsh |

to be excluded

| Time | Event |
|---|---|
| 2:00 p.m. | Direct exam. of James Dean by Robbenhaar |
| 2:06 p.m. | Gov objects: hearsay. Ct overrules objec. |
| 2:06 p.m. | Cross exam of James Dean by Mysliwiec |
| 2:08 p.m. | Def objects: beyond scope and speculative. Ct allows question. |
| 2:18 p.m. | Redirect of James Dean |
| 2:19 p.m. | Ct permanently excuses witness |
| 2:19 p.m. | Direct examination of Jonathan Riley |
| 2:36 p.m. | Cross-exam. by Mysliwiec |

| | |
|---|---|
| 2:45 p.m. | Def objects to questioning re report Perry tried to kill witness.  Bench conference.  Ct allows question. |
| 2:55 p.m. | Gov. asks Ct to take judidicial notice of 4 documents:  Exhibit 6 (plea agreement, Doc. 24 in 12-cr-3107); Exhibit 7 (plea agreement, Doc. 30 in 13-cr-60); Exhibit 8 (memo in support of role adjustment and variance, Doc. 33 in 13-cr-60); Exhibit 9 (J & S, Doc. 41 in 13-cr-60). |
| 3:02 p.m. | Ct takes juducial notice of Exhibits 6, 7, 8, & 9 |
| 3:02 p.m. | Redirect of Jonathan Riley |
| 3:04 p.m. | Def addresses Ct re Grobstein.  Gov addresses Ct. |
| 3:05 p.m. | Gov recross-exam of Jonathan Riley |
| 3:07 p.m. | Re-redirect by Def |
| 3:08 p.m. | Ct permanently excuses witness |
| 3:08 p.m. | Ct in recess |
| 3:24 p.m. | Ct back in session |
| 3:25 p.m. | Direct testimony of Defendant Moreno-Rubio |
| 3:27 p.m. | Defendant proffers Exhibit G (computer printout re Def's bus ticket). |
| 3:28 p.m. | Gov objects:  not his ticket, but info produced by Greyhound; not relevant, not clear ticket says same thing |
| 3:30 p.m. | Ct admits Exhibit G. |
| 3:58 p.m. | Cross-exam of Moreno-Rubio |
| 3:59 p.m. | Def objects—beyond the scope to ask re what's in bag |
| 4:00 p.m. | Ct overrules objection. |
| 4:03 p.m. | Def objects to questioning re purpose of going to Fort Wayne, as beyond scope. |
| 4:03 p.m. | Ct grants objection. |
| 4:05 p.m. | Def objects to questioning re residence of Def's family, as beyond scope. |

| Time | Event |
|---|---|
| 4:05 p.m. | Ct grants objection. |
| 4:26 p.m. | Def objects to questioning re Def's saying at DEA office that he understood what was said on bus. |
| 4:26 p.m. | Ct. overrules objection |
| 4:35 p.m. | Redirect of Moreno-Rubio |
| 4:36 p.m. | end of testimony |
| 4:37 p.m. | Gov addresses Ct re Perry's personnel file.   Gov proposes submit letters to Ct in camera. |
| 4:38 p.m. | Def addresses Ct. |
| 4:39 p.m. | Gov addresses Ct |
| 4:40 p.m. | Ct accepts letters from Gov. |
| 4:43 p.m. | Ct in recess. |