

# SINDICATURA MUNICIPAL DE LEON FONSECA
### Ave. Patricio Falomir y Calle Miguel Hidalgo
### Tel.: 687-87-3-03-02

**ASUNTO**: CONSTANCIA DE NO ANTECEDENTES ADMINISTRATIVOS



**A QUIEN CORRESPONDA**
P R E S E N T E.

EL QUE SUSCRIBE SINDICO MUNICIPAL DE LEON FONSECA, MUNICIPIO DE GUASAVE, ESTADO DE SINALOA CERTIFICA Y HACE CONSTAR QUE:

EL **C. LEHABIM ULISES MORENO RUBIO**, CUYA FOTOGRAFIA APARECE AL MARGEN ES PERSONA AMPLIAMENTE CONOCIDA POR EL SUSCRITO SE DISTINGUE POR SU HONESTIDAD, HONORABILIDAD Y BUENA CONDUCTA, NO CUENTA CON ANTECEDENTES ADMINISTRATIVOS EN LO QUE CORRESPONDE A LA ADMINISTRACION A MI CARGO DE ESTA SINDICATURA MUNICIPAL, Y TIENE SU DOMICILIO CONOCIDO EN CALLE DONATO GUERRA No.80 DE ESTA COMUNIDAD DE LEON FONSECA.

A PETICION DE LA PARTE INTERESADA Y PARA LOS FINES LEGALES CORRESPONDIENTES SE EXTIENDE LA PRESENTE EN LEON FONSECA, GUASAVE, SINALOA, A LOS CATORCE DIAS DEL MES DE OCTUBRE DEL AÑO DOS MIL TRECE.

A T E N T A M E N T E

_____
**C. JOSE JORGE CARLON VERDUGO**
SINDICO MUNICIPAL

SINDICATURA MUNICIPAL
LEON FONSECA
GUASAVE, SINALOA

[Logo]   MUNICIPAL OMBUDSMAN'S OFFICE OF LEON FONSECA

Patricia Falomir Ave. and Miguel Hidalgo St.

Tel 687-87-3-03-02                                  We are all
                                                    **Guasave**

Photograph stamped with:                 MATTER: CERTIFICATE OF NO
Municipal Ombudsman's Office,                    ADMINISTRATIVE RECORD
Leon Fonseca, Guasave, Sinaloa

**TO WHOM IT MAY CONCERN:**

HAND DELIVERED

THE UNDERSIGNED, MUNICIPAL OMBUDSMAN OF LEÓN FONSECA, MUNICIPALITY OF GUASAVE, STATE OF SINALOA, HEREBY CERTIFIES AND ATTESTS THAT:

IN REFERENCE TO **LEHABIM ULISES MORENO RUBIO**, WHOSE PHOTOGRAPH APPEARS ABOVE, THE UNDERSIGNED KNOWS HIM WELL TO FOR HIS HONESTY, HONORABILITY AND GOOD CONDUCT. HE HAS NO ADMINISTRATIVE BACKGROUND IN THE AGENCY FOR WHICH I AM RESPONSIBLE WHICH IS THE MUNICIPAL OMBUDSMAN'S OFFICE, AND HE IS KNOWN TO LIVE AT CALLE DONATO GUERRA No. 80 IN THIS COMMUNITY, LEON FONSECA.

THIS CERTIFICATION IS ISSUED AT THE REQUEST OF THE INTERESTED PARTY AND FOR THE LEGAL PURPOSES DEEMED NECESSARY, IN GUASAVE, SINALOA, ON THE FOURTEENTH DAY OF THE MONTH OF OCTOBER OF THE YEAR TWO THOUSAND AND THIRTEEN.

SEAL: Municipal Ombudsman's
Office, Leon Fonseca, Guasave, Sinaloa

SINCERELY,
[ILLEGIBLE SIGNATURE]
JOSE JORGE CARLON VERDUGO
MUNICIPAL OMBUDSMAN

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

[Signature]

Ruth A. Warner                            Date: 9  January 2015

Page **1** of **1**

77674



**Procuraduría General de Justicia Gobierno del Estado**

PROCURADURIA GENERAL DE JUSTICIA

CONSTANCIA DE NO ANTECEDENTES PENALES DEL FUERO COMÚN



| Folio de Pago | Folio de Operación |
|---|---|
| 470202 | 229753 |

**SELLO DIGITAL 1234567890**

**A QUIEN CORRESPONDA:**

Por medio de la presente, como Jefe de la Oficina de Archivo de la Dirección de Investigación Criminalística y Servicios Periciales, se

### HACE CONSTAR

Que en la base de datos informáticos de la Procuraduría General de Justicia del Estado de Sinaloa, no se encontró registro de antecedente penal en contra de :



| LEHABIM ULISES | MORENO | RUBIO |
|---|---|---|
| Nombre (s) | Primer Apellido | Segundo Apellido |

Quien reside en:
Calle: **DONATO GUERRA**   No.: **80**
Colonia: **LOC. LEON FONSECA**   CP: **81131**
Municipio: **GUASAVE**   Estado: **SINALOA**

Identificándose con: **Credencial de elector**

No. de Folio: **135563269**

Fecha de nacimiento: **5 de Noviembre de 1982**   Sexo: **MASCULINO**

cuya fotografía digitalizada aparece impresa al margen, en orden a lo sustentado en los artículos 45, fracción VIII de la Ley Orgánica del Ministerio Público del Estado de Sinaloa y 546 del Código de Procedimientos Penales para el Estado de Sinaloa.

En la inteligencia de que no implica que esta persona no cuenta con antecedentes penales en otros Estados de la Republica Mexicana o del extranjero.

Por lo anterior, a solicitud del interesado, se expide la presente constancia el día dieciseis de octubre de dos mil trece, en la ciudad de Los Mochis Ahome, Sinaloa.

Jefa del Departamento de Servicios Periciales Zona Norte

Lic. Rosa Patricia Apodaca Quintero

*Departamento de Servicios Periciales Los Mochis, Sinaloa*

ISSUANCE OF CERTIFICATION OF NO PRIOR CRIMINAL RECORD

77676

[LOGO]   [LOGO] State Attorney General
Office of the State   Sinaloa
Attorney General of Justice
State Government

ATTORNEY GENERAL OF JUSTICE
CERTIFICATION OF NO PRIOR CRIMINAL RECORD FOR STATE LAWS

| Paid Folio | Operation Folio |
|---|---|
| 470202 | 229753 |

DIGITAL SEAL 1234567890
[PHOTOGRAPH]

**TO WHOM IT MAY CONCERN:**

By means of this letter, and as head of the Records Office of the Department of Criminal Investigation and Expert Services, I

**CERTIFY**

That based on the information of the State Attorney General of Justice for the State of Sinaloa, no criminal records were found for

| **LEHABIM ULISES** | **MORENO** | **RUBIO** |
|---|---|---|
| Given names | First Surname | Second Surname |

Who resides at
Street: **DONATO GUERRA**   No. 80
Town: **LOC. LEON FONSECA**   POSTAL CODE **81131**
Municipality: **GUASABE**   State: **SINALOA**
Identified by: **Electoral Identification**
Folio No. **135563269**
Date of Birth: **5 November 1982**   Sex: **MALE**

Whose digitalized photograph is printed above, based on that set forth in articles 45, Section VIII of the Organic Law of the Public Ministry of the State of Sinaloa and 546 of the Code of Criminal Procedure for the State of Sinaloa.

In full knowledge that this does not imply that this person may not have a criminal record in other States of the Republic of Mexico or abroad.

Based on the above, and at the request of the interested party, this certification is issued on the eighteenth day of October of two thousand and thirteen in the city of Los Mochis Ahome, Sinaloa.

Head of the Department of Expert Services North Zone
[signature: Patricia Apodaca Q.]   [Stamp:] Department of Expert
Rosa Patricia Apodaca Quintero   Services, Los Mochis, Sinaloa

Page **1** of **2**

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the preceeding page is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                          Date: 9 January 2015