Dear Judge Judith Hernandez:

It is a pleasure to greet you, my name is Laura Alicia, and I am the wife of Lehabim.

I'm not writing to tell you whether what he did was good or bad, but rather to tell you how much he is missed by me, by his young daughter who is almost two years old, and also by his father.

It's hard for me because I lost my job and now am not able to buy the things we need for my daughter, we have no health insurance. Thank God I have parents who support me, but we miss my husband.

My daughter is growing up without something very important, which is a father figure. For more than a year now she has had to go to child care, where she may not be receiving the necessary care and love.

His father is an older gentleman who can no longer work easily, and who depends on the support of his children.

Warm greetings!!!

P.S. Lehabim has always been an honest hard/working man who supports his family in all ways. Everyone is very concerned about the situation in which he finds himself.

----------------------
I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                              Date: 12 January 2015

SINALOA DE LEYVA

SINALOA, SIN.

7 JANUARY 15

JUDGE JUDITH,

I AM WRITING YOU WITH ALL DUE RESPECT TO TELL YOU ABOUT LEHABIM ULISES MORENO RUBIO AND HOW HE HAS BEHAVED. HE IS A HARD-WORKING AND HONEST PERSON. HE WAS RAISED IN A HARD-WORKING FAMILY -- INCLUDING HIS MOTHER WHO DIED 6 MONTHS AGO – TO BE AN EXTREMELY HONEST PERSON, AND THAT'S HOW HE WAS RAISED. BECAUSE OF THIS I HOPE YOU CAN MAYBE GIVE HIM ANOTHER CHANCE.

HIS BROTHER-IN-LAW

ROBERTO [ILLEGIBLE]

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                    Date: 14 January 2015

L. Ulises Moreno Rubio

With much pleasure and affection, I'm writing you these lines, hoping that your health is good. Son, I miss you very much. I hope you can be back with us again soon. I've been sick, my knee is in bad shape and I can't walk very well. I can't work any more. I hope you will get out soon so you can help me as you always have before. Your brother, wife, and daughter miss you, too, they really miss your presence. The neighbor wishes you were here, too. Okay, son, I hope with the help of God that soon you will get out of there.

I send greetings from your nephews Pollo, Ulises and Martita.

Warm regards from your dad

Jesus Moreno Saenz

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                          Date: 14 January 2015

January 2015

Your Honor

With this letter allow me to greet you and also tell you a bit about my brother Lehabim Ulises Moreno Rubio.

He is a person who has always behaved respectfully towards society. He has never had any kind of problems, much less enemies. You can check his record here in Mexico and you'll find that he's a person who is morally clean.

Our family is needing him, as we are filled with sadness over the death of our Mother. We don't know what happened in the United States, and don't know how he is feeling, and that's why we ask you to help us out. I know that God will touch your heart and that you will be able to help us.

His entire family is awaiting him, but especially his daughter. The situation in Mexico is very difficult.

That's all I wanted to share with you, but please contact me if you have any questions.

    Jesus Manuel Moreno Rubio

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner    Date: 15 January 2015

Lehabim Ulises:

*Compadre*, I pray to God that soon you will be back with us. You don't deserve to be there, you are a great human being and in all these years that we have shared life I have come to love you like a brother.

You are an admirable father, a great son, a good brother and as an uncle, well, my children adore you. Nor can I forget all the ways you have helped us. It pains me that your hands are chained, you who are such a hard worker and who fought for your family. I love you very much, brother-in-law, and I'm not sorry I chose you as the godfather of my son, because you are an excellent human being.

The whole family is waiting for you here. My God bless you and allow us to hug you soon.

    Your sister-in-law

        Martha Sofía Castro

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                Date: 15 January 2015

Lehabim:

Brother, I really miss you. You know that I'm alone now, without a wife and without children. Now that my mom died I have been feeling really sad. You are a great support for me, brother, and I really need you.

Thank you for everything you have done for me, for all your support and affection. You're a great brother. Our mom left you her blessing and asked us to take care of you. You're the best broth God could have given me, the best.

I miss you brother, you are very good, and we all need you here.

I send you a hug. I love you,

                Dublin Moreno Rubio

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                              Date: 15 January 2015

Uncle Lehabim

My brother and I really miss you.

We want you to come back.

You have taken too long to come back.

Bring me games for my WII.

I love you very much. We want you to

Play with us. Come back now.

                Pablo Jesús Moreno

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

*[signature]*

Ruth A. Warner                              Date: 15 January 2015

Your Honor Judith Hernandez:

It is my pleasure to greet you through this letter. My name is Mayra del Rosario Morales Valverde and I am the godmother of Lehabim Moreno Rubio.

I want you to know that my godson is a very good person. Here in his town he has always been well-behaved, friendly and attentive to others. Therefore what he committed in that country was a mistake. He is sorely missed above all by his daughter, wife, father and siblings. His mother died without being able to see him again. Maybe she didn't overcome her illness because she was so sad to know that her son was in jail after she devoted her life and soul to educating her sons and making sure they were good men. His father is an elderly man and can no longer work, he also has health problem and needs his son's support and love.

P.S. My godson has always worked honestly, supporting his parents in all ways and more recently, devoted to his wife and daughter, all of whom are today worried about his current situation.

I hope that his situation is cleared up soon.

Greetings!!!

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                                    Date: 20 January 2015