## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | 13-3140 JH | USA vs.: | Moreno-Rubio | |
| Date: | January 27, 2015 | Name of Deft: | Lehabim Ulises Moreno-Rubio | |
| Before the Honorable: | Judith C. Herrera | | | |
| Time In/Out: | 10:21 a.m. – 10:45 am. | Total Time in Court (for JS10): | 24 minutes | |
| Clerk: | I.Duran | Court Reporter: | P.Baca | |
| AUSA: | David Walsh | Defendant's Counsel: | John F. Robbenhaar | |
| Sentencing in: | Albuquerque, NM | Interpreter: | Leticia Medina | |
| Probation Officer: | Sandra Day | Sworn? | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X Information | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 9/9/14 | | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

| | | | |
|---|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): 30 months | | |
| Supervised Release: | None pursuant to 5D1.1 (c ) | Probation: | 500-Hour Drug Program |
| X | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SEPCIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | | | No loitering within 100 feet of school yards |
| | OTHER: | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | 0.00 | | Restitution: $ | 0.00 |
| SPA: $ | 100.00 | ($100) as to each Count | Payment Schedule: | X Due Imm.   Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | Defense counsel notes errors (possible typos) on page 2 of PSR as to the immigration status & legal address.  Defense requests correction of those 2 items.  Probation will make corrections.  Ct. accepts plea agreement.  Defense makes argument for a variance & requests a sentence of 24 months.  Deft | | |

|  | allocutes to the Court.  Govt. objects to a variance; however, recommends a sentence of 37 months. Defense replies. Bench conference held with Probation. Ct. makes findings:  will grant a variance & will reduce the sentence (down to 30 months) based on no felony convictions.  Ct. refers to history & characteristics…**no criminal history, family issues, specifically, mother's health,  deft has wife and young child, deft was a courier; ct. notes deft's professional certification, deft had a tourist visa**. Govt. & defense have no further comments. Ct. has reviewed the PSR factual findings & has considered the sentencing guidelines & the 3553 factors & imposes sentence. |
|---|---|